UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



IN RE CRIMINAL COMPLAINT
ARREST WARRANT AND
AFFIDAVIT FILED IN
SUPPORT OF CRIMINAL COMPLAINT

CASE NO. 2:25-mj- 31

## UNITED STATES' EX PARTE MOTION TO SEAL COMPLAINT ARREST WARRANT, AFFIDAVIT AND CASE

Comes now the United States Attorney for the Southern District of Mississippi, through his Assistant United States Attorney Shundral H. Cole, who represents as follows:

1) On August 14, 2025, the United States obtained a judicially approved criminal complaint and arrest warrant in the above-referenced matter.

2) The sworn affidavit of the federal agent filed in support of the criminal complaint contains information regarding an ongoing criminal investigation.

3) Revealing the existence of the documents prior to the arrest of the defendant would jeopardize law enforcement agents and greatly impede the apprehension of the defendant. However, the government requests that the U.S. Marshal Service and/or the United States Attorney's Office be allowed to make copies of the Complaint, Arrest Warrant and any related documents available to other federal, state and local law enforcement agencies who request the same to facilitate the arrest and detention of the defendant.

WHEREFORE, the United States requests that the Court seal the Complaint, Affidavit, Arrest Warrant, case and this Motion and Order, pending the arrest of the Defendant and that

copies be distributed to law enforcement agencies as needed to facilitate the arrest and detention of the defendant.

        Respectfully submitted,

        PATRICK A. LEMON
        Acting United States Attorney

By: *Shundral H. Cole*
        Shundral H. Cole
        Assistant United States Attorney
        MS Bar No. 103003
        1575 20th Avenue
        Gulfport, MS 39501
        228-563-1560 (Office) / 228-563-1571 (Fax)
        Shundral.Cole@usdoj.gov